**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF APPLE IPHONE WITH CALL NUMBER (480) 247-1685 CURRENTLY LOCATED AT SPARKS POLICE DEPARTMENT, 1701 EAST PRATER WAY, SPARKS, NV 89434. | Case No. 3:24-mj-62-CSD<br><br>**ORDER** |

This matter coming before the Court on the Government's Motion to Unseal, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Search Warrant dated on September 25, 2024, and accompanying Applications, Affidavits, Sealing Motions, and Sealing Orders in the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this __19th__ day of February, 2025.

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE